# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

|                             |     |                          |
|-----------------------------|-----|--------------------------|
| UNITED STATES OF AMERICA,   | )   |                          |
|                             | )   |                          |
| Plaintiff,                  | )   |                          |
|                             | )   |                          |
| vs.                         | )   | Case No. 13-00234-01-HFS |
|                             | )   |                          |
| ANTHONY V. MARSHALL,        | )   |                          |
|                             | )   |                          |
| Defendant.                  | )   |                          |

## SECOND MEMORANDUM TO COUNSEL

To keep counsel informed of the unusual procedures I am considering, I advise that informal comments from the Probation Officer include, as I understand them, (1) a one day imprisonment sentence would be required, (2) a year's home detention may be unduly burdensome to the Probation Office, and (3) it is believed the standard conditions of supervised release are mandatory, which would probably make the situation unmanageable. I note, however, that the mandatory conditions relate to probation (18 U.S.C. Sec. 3563) which may avoid the issue, since I propose to use home detention as a form of punishment, not "probation." If called supervised release, my supposition is that defendant's proposal may be feasible. Of course I await comment on Friday or earlier from Government counsel.

        /s/ Howard F. Sachs

Dated: April 25, 2018      Howard F. Sachs
Kansas City, Missouri     U.S. DISTRICT JUDGE